UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLUIDIGM CORPORATION,

        Plaintiff,

   v.

APPLERA CORPORATION and
APPLIED BIOSYSTEMS GROUP,

        Defendants.

Civil Action No. 08 Civ. 5248 (MGC)

ECF Case

**PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Fluidigm Corporation ("Fluidigm") states that it has no parent corporation. To the best of its knowledge, there are no publicly held companies that own 10% or more of Fluidigm's stock.

Dated: June 9, 2008

Glenn C. Colton
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
gcolton@wsgr.com

Michael A. Ladra
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
mladra@wsgr.com

Nicole W. Stafford
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
Tel.: (512) 338-5400
Fax: (512) 338-5499
nstafford@wsgr.com

*Attorneys for Plaintiff Fluidigm Corporation*