Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
gcolton@wsgr.com

Michael A. Ladra
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
mladra@wsgr.com

Nicole W. Stafford
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
Tel.: (512) 338-5400
Fax: (512) 338-5499
nstafford@wsgr.com

*Attorneys for Plaintiff Fluidigm Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLUIDIGM CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION and<br>APPLIED BIOSYSTEMS GROUP,<br><br>     Defendants. | Civil Action No. 08 Civ. 5248 (MGC)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff **Fluidigm Corporation**.

I certify that I am admitted to practice in this Court.

Dated: June 10, 2008

s/ _____
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jmetzger@wsgr.com

*Attorneys for Plaintiff Fluidigm Corporation*