UNITED STATES DISTRICT COURT
Southern District of New York



106207

AFFIDAVIT OF SERVICE

Index no : 08 Civ. 5248 (MGC)
Date Index Number Purchased: 06/09/2008

| Plaintiff(s): | Fluidigm Corporation |
|---|---|
| Defendant(s): | Applera Corporation and Applied Biosystems, Inc. |

STATE OF CONNECTICUT
HARTFORD COUNTY    ss.:

Christine Foran, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of Connecticut.

On 06/10/2008 at 9:40 AM, I served the within Summons In A civil Action; Complaint For Declaratory Judgement and Demand For Jury Trial; Civil Cover Sheet; Disclosure Statement; ECF Rules; Judge Cederbaum Rules; Judge Fox Rules on Applera Corporation at c/o Corporation Service, 50 Weston Street, Hartford, CT 06120 in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to Probal Basu, Agent for Service of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of Applera Corporation, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Middle Eastern | N/A | 30-40 | 4'6" | 125 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
June 10, 2008
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires:

Christine Foran
Connecticut Process Serving, LLC
9 Beaumont Street
East Hartford, CT 06108
888.528.2920
Atty File#:

KEITH D. NIZIANKIEWICZ
NOTARY PUBLIC
CONNECTICUT