| *Attorney or Party without Attorney:*<br>GLENN C. COLTON<br>Law Offices Of: Wilson Sonsini Goodrich & Rosati<br>900 SOUTH CAPITAL OF TEXAS HIGHWAY<br>AUSTIN, TX 78746<br>*Telephone No:* 512-338-5400    *FAX No:* 512-338-5499 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of New York

*Plaintiff:* FLUIDIGM CORPORATION
*Defendant:* APPLIED BIOSYSTEMS, INC.

| PROOF OF SERVICE S&C | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CIV 5248(MGC) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT;; CIVIL CASE COVER SHEET; DISCLOSURE STATEMENT; ECF RULES; JUDGE CEDERBAUM RULES; JUDGE FOX RULES

3. a. Party served: APPLIED BIOSYSTEMS, INC. BY SERVING REGISTERED AGENT, ANDRE F. MARION
   b. Person served: JUDY BASKIN, LEGAL DEPARTMENT

4. Address where the party was served: 4000 FOSTER CITY BLVD.
   FOSTER CITY,, CA 94404

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 3:56PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KRIS W. VORSATZ
   b. GOTCHA SUBPOENA SERVICES                    d. **The Fee** for Service was: $288.00
      161 W. 25TH AVENUE, SUITE 102-C, Registration # 237    e. I am: (3) registered California process server
      P.O. BOX 6695                                  (i) Independent Contractor
      SAN MATEO, CA 94403                            (ii) Registration No.: 1160
   c. 650 577-1860, FAX 650-577-1875                 (iii) County: Santa Clara
                                                     (iv) Expiration Date: Sat, Aug. 15, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jun. 10, 2008

Judicial Council Form POS-010          PROOF OF SERVICE          (KRIS W. VORSATZ)
Rule 2.150.(a)&(b) Rev January 1, 2007         S&C                                  colton.53565

| *Attorney or Party without Attorney:*<br>GLENN C. COLTON<br>Law Offices Of: Wilson Sonsini Goodrich & Rosati<br>900 SOUTH CAPITAL OF TEXAS HIGHWAY<br>AUSTIN, TX 78746 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Telephone No:* 512-338-5400   *FAX: No:* 512-338-5499 | *Ref. No or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Southern District Of New York | | | | |
| *Plaintiff:* FLUIDIGM CORPORATION<br>*Defendant:* APPLIED BIOSYSTEMS, INC. | | | | |
| **DECLARATION OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CIV 5248(MGC) |

1. I, KRIS W. VORSATZ, and any employee or independent contractors retained by GOTCHA SUBPOENA SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant APPLIED BIOSYSTEMS, INC. BY SERVING REGISTERED AGENT, ANDRE F. MARION as follows:

2. Documents: SUMMONS AND COMPLAINT;; CIVIL CASE COVER SHEET; DISCLOSURE STATEMENT; ECF RULES; JUDGE CEDERBAUM RULES; JUDGE FOX RULES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/09/08 | 3:56pm | Business | Personal Service on: APPLIED BIOSYSTEMS, INC. BY SERVING REGISTERED AGENT, ANDRE F. MARION Business - 4000 FOSTER CITY BLVD. FOSTER CITY,, CA. 94404 by Serving: JUDY BASKIN, LEGAL DEPARTMENT Authorized to Accept. Served by: KRIS W. VORSATZ |
| Tue | 06/09/20 | 3:32pm | Business | CAN'T SERVE HERE, AGENT NOT HERE, NO ONE AUTHORIZED TO ACCEPT HERE, MUST SERVE AT LEGAL DEPARTMENT, 4000 FOSTER CITY BLVD., FOSTER CITY, CA 94404 Attempt made by: KRIS W. VORSATZ. Attempt at: 850 LINCOLN CENTRE DRIVE FOSTER CITY, CA. 94404. |

3. *Person Executing*
   a. KRIS W. VORSATZ
   b. **GOTCHA SUBPOENA SERVICES**
      161 W. 25TH AVENUE, SUITE 102-C, Registration # 237
      P.O. BOX 6695
      SAN MATEO, CA 94403
   c. 650 577-1860, FAX 650-577-1875

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:* $288.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1160
      (iii) County: Santa Clara
      (iv) Expiration Date: Sat, Aug. 15, 2009

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Date:* Tue, Jun. 10, 2008     **DECLARATION OF DUE DILIGENCE**     (KRIS W. VORSATZ)     colton.53565