UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLUIDIGM CORPORATION,

          Plaintiff,

v.

APPLERA CORPORATION and
APPLIED BIOSYSTEMS INC.,

          Defendants.

Civil Action No. 08 CV 5248 (MGC)

ECF Case

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and among the attorneys for FLUIDIGM CORPORATION, APPLERA CORPORATION and APPLIED BIOSYSTEMS INC. that the last day for Defendants APPLERA CORPORATION and APPLIED BIOSYSTEMS INC. to answer or otherwise respond to the Complaint in the above-captioned matter is hereby extended from June 30, 2008 to July 30, 2008. No previous requests for extension have been made in this matter.

Good cause exists for the extension because counsel for Defendants has only recently been retained, and their counsel requires additional time to investigate any applicable claims.

- 1 -

Counsel for Plaintiff consents to the extension.

Dated: June 30, 2008

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI, Professional Corporation | FISH & RICHARDSON P.C. |

*/s/ Glenn C. Colton*

Glenn C. Colton
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Michael A. Ladra
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 439-9300
Facsimile: (650) 493-6811

Nicole W. Stafford
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

*Attorneys for Plaintiff*
*Fluidigm Corporation*

*/s/ John Garretson*

John Garretson
Wing H. Liang
Citigroup Center, 52nd Floor
153 East 53rd Street
New York, New York 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Frank E. Scherkenbach
Steven C. Carlson
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Attorneys for Defendants*
*Applera Corporation and*
*Applied Biosystems Inc.*

SO ORDERED:

_____
Hon. Miriam Goldman Cedarbaum
United States District Judge