Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
gcolton@wsgr.com

Michael A. Ladra
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
mladra@wsgr.com

Nicole W. Stafford
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746
Tel.: (512) 338-5400
Fax: (512) 338-5499
nstafford@wsgr.com

*Attorneys for Plaintiff Fluidigm Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLUIDIGM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLERA CORPORATION and<br>APPLIED BIOSYSTEMS GROUP,<br><br>    Defendants. | Civil Action No. 08 Civ. 5248 (MGC)<br><br>ECF Case<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF NICOLE W. STAFFORD** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, James D. Metzger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|   |   |
|---|---|
| Applicant's Name: | Nicole W. Stafford |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, Professional Corporation |
| Address: | 900 South Capital of Texas Highway |
|  | Las Cimas IV, Fifth Floor |
| City/State/Zip: | Austin, Texas 78746 |
| Phone Number: | (512) 338-5400 |
| Fax Number: | (512) 338-5499 |
| Email: | nstafford@wsgr.com |

Ms. Stafford is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Ms. Stafford in any State or Federal court.

Dated: July 21, 2008

James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jmetzger@wsgr.com

*Attorneys for Plaintiff Fluidigm Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLUIDIGM CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION and<br>APPLIED BIOSYSTEMS GROUP,<br><br>                    Defendants. | Civil Action No. 08 Civ. 5248 (MGC)<br><br>ECF Case<br><br>**AFFIDAVIT OF JAMES D. METZGER IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF NICOLE W. STAFFORD** |

State of New York   )
                    )   ss:
County of New York  )

James D. Metzger, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Plaintiff Fluidigm Corporation ("Fluidigm") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Fluidigm's motion to admit Nicole W. Stafford as counsel *pro hac vice* to represent Fluidigm in this matter.

2. I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Stafford is a member of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, in Austin, Texas. A true and correct copy of Ms. Stafford's Certificate of Good Standing is attached hereto as Exhibit "A."

4.  I have found Ms. Stafford to be a skilled attorney and of high moral character.

5.  Accordingly, I am pleased to move the admission of Nicole W. Stafford, *pro hac vice*.

6.  I respectfully submit a proposed order granting the admission *pro hac vice* of Nicole W. Stafford, which is attached hereto as Exhibit "B."

WHEREFORE it is respectfully requested that the motion to admit Nicole W. Stafford, *pro hac vice*, to represent Fluidigm in the above-captioned matter, be granted.

Dated: July 21, 2008
New York, New York

Respectfully submitted:

_____
James D. Metzger

Sworn to before me this
21st day of July, 2008

_____
Notary Public

ROSE M. SEPULVEDA
Notary Public, State of New York
No. 01SE6031652
Qualified in Kings County
Commission Expires Oct. 4, 2009

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

July 14, 2008

Re:  J. Nicole Stafford, State Bar Number 24002991

To Whom It May Concern:

This is to certify that Ms. J. Nicole Stafford was licensed to practice law in Texas on November 7, 1997, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Stafford's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLUIDIGM CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION and<br>APPLIED BIOSYSTEMS GROUP,<br><br>           Defendants. | Civil Action No. 08 Civ. 5248 (MGC)<br><br>ECF Case<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of James D. Metzger, attorney for Plaintiff Fluidigm Corporation ("Fluidigm"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Nicole W. Stafford |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, Professional Corporation |
| Address: | 900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor |
| City/State/Zip: | Austin, Texas 78746 |
| Phone Number: | (512) 338-5400 |
| Fax Number: | (512) 338-5499 |
| Email: | nstafford@wsgr.com |

is admitted to practice *pro hac vice* as counsel for Fluidigm in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court.

Dated: July___, 2008
           New York, New York

                                            Hon. Miriam Goldman Cedarbaum
                                            United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of July 2008, I caused service to be made of true and correct copies of the foregoing **Motion for Pro Hac Vice Admission of Nicole W. Stafford and Affidavit of James D. Metzger in Support of Motion for Pro Hac Vice Admission of Nicole W. Stafford,** via regular mail upon:

Steven C. Carlson, Esq.
Fish & Richardon P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
Fax: (650) 839-5071
Email: steven.carlson@fr.com

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2008

By: _____
       James D. Metzger