Meredith E. Kotler
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
mkotler@wsgr.com

*Attorneys for Plaintiff Fluidigm Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLUIDIGM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLERA CORPORATION and<br>APPLIED BIOSYSTEMS GROUP,<br><br>    Defendants. | Civil Action No. 08 Civ. 5248 (MGC)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff **Fluidigm Corporation**.

I certify that I am admitted to practice in this Court.

Dated: July 30, 2008

                s/
Meredith E. Kotler
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
mkotler@wsgr.com

*Attorneys for Plaintiff Fluidigm Corporation*