*Cc: DR RBAUM, T*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

FLUIDIGM CORPORATION,

    Plaintiff,

v.

APPLERA CORPORATION and APPLIED
BIOSYSTEMS INC.,

    Defendants.

Dkt. No. 08 CV 5248 (MGC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the parties, that the Defendants' time to answer or otherwise respond to the Complaint in the above-captioned action is hereby extended by 21 days, from July 30, 2008 until August 20, 2008. One prior extension of 30 days was previously granted.

Counsel for Plaintiff consents to the extension.

Date: July 30, 2008

                                                               */s/ Meredith Kotler*

                                                          Meredith E. Kotler (MK-9580)
                                                          WILSON SONSINI GOODRICH & ROSATI
                                                          PROFESSIONAL CORPORATION
                                                          Counsel for Plaintiff
                                                          1301 Avenue of the Americas, 39th Floor
                                                          New York, New York 10019
                                                          Tel.: (212) 999-5800
                                                          Fax: (212) 999-5899

Date: July 30, 2008                               _____
                                                  David Francescani
                                                  FISH & RICHARDSON P.C.
                                                  Counsel for Defendants
                                                  Citigroup Center, 52nd Floor
                                                  153 East 53rd Street
                                                  New York, NY 10022
                                                  Tel.: (212) 765-5070
                                                  Fax: (212) 258-2291


SO ORDERED:

_____
Hon. Miriam Goldman Cedarbaum
United States District Judge

July 31, 2008

-2-