UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLUIDIGM CORPORATION,

              Plaintiff,

v.

APPLERA CORPORATION and
APPLIED BIOSYSTEMS INC.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Civil Action No. 08 CV 5248 (MGC)

ECF Case

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the parties, that all proceedings in the present litigation are stayed, through and including December 15, 2008. Upon application of a party, the stay may be lifted for good cause.

    Defendants' deadline for responding to Plaintiff's complaint shall be postponed and re-set to a date 14 calendar days after any lifting of this stay.

Dated: August 19, 2008

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI, Professional Corporation | FISH & RICHARDSON P.C. |
| *[signature]* | *[signature]* |
| Meredith Kotler (MK-9580) | David Francescani |
| 1301 Avenue of the Americas, 40th Floor | Citigroup Center, 52nd Floor |
| New York, New York 10019 | 153 East 53rd Street |
| Telephone: (212) 999-5800 | New York, New York 10022 |
| Facsimile: (212) 999-5899 | Telephone: (212) 765-5070 |
| | Facsimile: (212) 258-2291 |
| Michael A. Ladra | |
| Roger J. Chin | Frank E. Scherkenbach |
| WILSON SONSINI GOODRICH & ROSATI | Steven C. Carlson |
| Professional Corporation | FISH & RICHARDSON P.C. |
| 650 Page Mill Road | 500 Arguello Street, Suite 500 |
| Palo Alto, California 94304 | Redwood City, California 94063 |
| Telephone: (650) 439-9300 | Telephone: (650) 839-5070 |
| Facsimile: (650) 493-6811 | Facsimile: (650) 839-5071 |
| Nicole W. Stafford | |
| WILSON SONSINI GOODRICH & ROSATI | |
| Professional Corporation | *Attorneys for Defendants* |
| 900 South Capital of Texas Highway | *Applera Corporation and* |
| Las Cimas IV, Fifth Floor | *Applied Biosystems Inc.* |
| Austin, Texas 78746 | |
| Telephone: (512) 338-5400 | |
| Facsimile: (512) 338-5499 | |

*Attorneys for Plaintiff*
*Fluidigm Corporation*

SO ORDERED:

_____
Hon. Miriam Goldman Cedarbaum
United States District Judge
September 2, 2008